### DEVRIES et al. v. SHANAHAN.

#### (Circuit Court of Appeals, Fourth Circuit. May 14, 1903.)

#### No. 491.

1. BANKRUPTCY—APPEAL—INSUFFICIENCY OF RECORD.
   Where the record on an appeal in bankruptcy does not clearly set forth facts necessary to a determination of the questions involved, it will be remanded to the District Court, with directions to have the facts fully reported to it and to pass on the same.

Appeal from the District Court of the United States for the District of Maryland.

Richard S. Culbreth, for appellants.
Charles E. Shanahan, for appellee.

Before SIMONTON, Circuit Judge, and WADDILL and KELLER, District Judges.

PER CURIAM. The record in this case, whilst it suggests facts material to its consideration, does not set them forth as clearly as is necessary to its decision. It is therefore ordered that the cause be remanded to the District Court, with instructions to require all the facts connected with the failure to prove and prosecute the claim of the estate of John M. Orem, deceased, against the bankrupt estate of W. Morris Orem, prior to the petition of the appellee, to be inquired into and reported to it, and, when such facts are so reported, to pass upon the same. All the costs in this case to be in the discretion of the District Court.

¶ 1. Appeal and review in bankruptcy cases, see note to In re Eggert, 43 C. C. A. 9.